

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-10-00170-CR

_____

WILLIAM ALBERT SCHATTE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. 23010

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

William Albert Schatte appeals from his convictions on his plea of guilty, made before a jury, for aggravated sexual assault in four cases, and for one conviction for indecency with a child. In a unified brief, he complains that the trial court committed reversible error at the punishment phase that requires remanding the cause for a new hearing on punishment.

In this case, he was convicted for indecency with a child by sexual contact, and was sentenced to twenty years' imprisonment and a $10,000.00 fine.

Schatte raises a single issue on appeal, in which he contends that the trial court erred by admitting evidence of a prior bad act—anal contact with the victim—although the State had not given him notice of its intent to use the evidence, notwithstanding his request for such notice.

Because the issue raised in each appeal is identical, for the reasons stated in our opinion dated this day in *Schatte v. State*, cause number 06-10-00166-CR, we affirm the judgment of the trial court.

Bailey C. Moseley
Justice

Date Submitted:      May 25, 2011
Date Decided:        May 26, 2011

Do Not Publish